IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SPENCER LARIMORE, an individual<br><br>Plaintiff,<br><br>v.<br><br>HEISS INVESTMENTS, LLC, a limited liability company<br><br>Defendant. | Case No. 1:23-cv-00086-DCN<br><br>**JUDGMENT** |

Pursuant to the Court's Memorandum Decision and Order filed concurrently herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. This case is DISMISSED WITHOUT PREJUDICE and CLOSED.

DATED: March 5, 2024

_____
David C. Nye
Chief U.S. District Court Judge

JUDGMENT - 1